# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3939

_____

United States of America,        *
                                   *

        Appellee,        *   Appeal from the United States

                                   *   District Court for the

    v.                       *   Southern District of Iowa.

                                   *

Francisco Raygoza-Aguayo,   *      **[UNPUBLISHED]**

                                   *

        Appellant.       *

_____

Submitted:  April 24, 2002
Filed:  April 26, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Francisco Raygoza-Aguayo pleaded guilty to illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a) and (b), and was sentenced to 46 months in prison and 2 years supervised release. On appeal, he challenges the district court's[1] failure to grant a downward departure based on his status as an alien subject to removal.

_____

[1]The HONORABLE ROBERT W. PRATT, United States District Judge for the Southern District of Iowa.

As Raygoza acknowledges, his argument is foreclosed by <u>United States v.</u> <u>Cardosa-Rodriguez,</u> 241 F.3d 613, 614 (8th Cir. 2001) (deportable aliens' ineligibility for Bureau of Prisons benefits does not provide basis for downward departure in illegal-reentry cases).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.